**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Maria Haynes
Case No : 26-03177-HWV
Chapter : 13
Petition Date : 11/03/2026
Period : 09/04/2026 through 11/03/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 10/30/2026 | Abel Personnel | $1,358.88 | $1,109.30 |
| 3 | 10/16/2026 | Abel Personnel | $1,430.40 | $1,163.39 |
| 4 | 10/02/2026 | Abel Personnel | $1,430.40 | $1,163.39 |
| 5 | 09/18/2026 | Abel Personnel | $375.48 | $326.96 |

Name: **Maria W Haynes** **Mail to Employee**

SSN: ###-##-5426 Check Date: 10/30/26 Abel Personnel Check #:100050201

**EARNINGS STATEMENT**
**IMPORTANT - KEEP FOR YOUR RECORD**

| Week Worked | Customer-Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 10/11/2026-10/17/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 37.50 | $17.88 | $670.50 | 257.00 | $4,595.16 |
| 10/18/2026-10/24/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 38.50 | $17.88 | $688.38 | 257.00 | $4,595.16 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,358.88 | $79.22 | $254.82 |
| FICA EE | $1,358.88 | $84.25 | $284.89 |
| MED EE | $1,358.88 | $19.70 | $66.62 |
| SUSQUEHANNA T | $1,358.88 | $2.00 | $8.00 |
| SUSQUEHANNA T | $1,358.88 | $21.74 | $73.51 |
| PENNSYLVANIA SU | $1,358.88 | $0.95 | $3.21 |
| PENNSYLVANIA W | $1,358.88 | $41.72 | $141.07 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Sofi Bank | $1,109.30 | ####3387 |

| | |
|---|---|
| **YTD Gross** | $4,595.16 |
| **YTD Total Hours** | 257.00 |
| **Gross Amt.** | $1,358.88 |
| **Net Amt.** | $1,109.30 |

| | |
|---|---|
| **Check Number** | 100050201 |

Name: **Maria W Haynes** **Mail to Employee**

**EARNINGS STATEMENT**

SSN: ###-##-5426 Check Date: 10/16/26 Abel Personnel Check #:100050015 **IMPORTANT - KEEP FOR YOUR RECORD**

| Week Worked | Customer-Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 9/27/2026-10/3/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 40.00 | $17.88 | $715.20 | 181.00 | $3,236.28 |
| 10/4/2026-10/10/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 40.00 | $17.88 | $715.20 | 181.00 | $3,236.28 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,430.40 | $87.80 | $175.60 |
| FICA EE | $1,430.40 | $88.68 | $200.64 |
| MED EE | $1,430.40 | $20.74 | $46.92 |
| SUSQUEHANNA T | $1,430.40 | $2.00 | $6.00 |
| SUSQUEHANNA T | $1,430.40 | $22.88 | $51.77 |
| PENNSYLVANIA SU | $1,430.40 | $1.00 | $2.26 |
| PENNSYLVANIA W | $1,430.40 | $43.91 | $99.35 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Sofi Bank | $1,163.39 | ####3387 |

| | |
|---|---|
| **YTD Gross** | $3,236.28 |
| **YTD Total Hours** | 181.00 |
| **Gross Amt.** | $1,430.40 |
| **Net Amt.** | $1,163.39 |

| | |
|---|---|
| **Check Number** | 100050015 |

Name: **Maria W Haynes** **Mail to Employee**

**EARNINGS STATEMENT**

SSN: ###-##-5426 Check Date: 10/02/26 Abel Personnel Check #:100049828 **IMPORTANT - KEEP FOR YOUR RECORD**

| Week Worked | Customer-Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 9/13/2026-9/19/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 40.00 | $17.88 | $715.20 | 101.00 | $1,805.88 |
| 9/20/2026-9/26/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 40.00 | $17.88 | $715.20 | 101.00 | $1,805.88 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,430.40 | $87.80 | $87.80 |
| FICA EE | $1,430.40 | $88.68 | $111.96 |
| MED EE | $1,430.40 | $20.74 | $26.18 |
| SUSQUEHANNA T | $1,430.40 | $2.00 | $4.00 |
| SUSQUEHANNA T | $1,430.40 | $22.88 | $28.89 |
| PENNSYLVANIA SU | $1,430.40 | $1.00 | $1.26 |
| PENNSYLVANIA W | $1,430.40 | $43.91 | $55.44 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Sofi Bank | $1,163.39 | ####3387 |

| | |
|---|---|
| **YTD Gross** | $1,805.88 |
| **YTD Total Hours** | 101.00 |
| **Gross Amt.** | $1,430.40 |
| **Net Amt.** | $1,163.39 |

| | |
|---|---|
| **Check Number** | 100049828 |

Name: **Maria W Haynes** **Mail to Employee**

**EARNINGS STATEMENT**

SSN: ###-##-5426 Check Date: 09/18/26 Abel Personnel Check #:100049640 **IMPORTANT - KEEP FOR YOUR RECORD**

| Week Worked | Customer-Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 9/6/2026-9/12/2026 | Prime Therapeutics-Prime MRx - Medicare Pa | Reg | 21.00 | $17.88 | $375.48 | 21.00 | $375.48 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $375.48 | $0.00 | $0.00 |
| FICA EE | $375.48 | $23.28 | $23.28 |
| MED EE | $375.48 | $5.44 | $5.44 |
| SUSQUEHANNA T | $375.48 | $2.00 | $2.00 |
| SUSQUEHANNA T | $375.48 | $6.01 | $6.01 |
| PENNSYLVANIA SU | $375.48 | $0.26 | $0.26 |
| PENNSYLVANIA W | $375.48 | $11.53 | $11.53 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Sofi Bank | $326.96 | ####3387 |

| | |
|---|---|
| **YTD Gross** | $375.48 |
| **YTD Total Hours** | 21.00 |
| **Gross Amt.** | $375.48 |
| **Net Amt.** | $326.96 |

| | |
|---|---|
| **Check Number** | 100049640 |