United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-03177-HWV
Maria Wilhemina Haynes Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Nov 04, 2026 Form ID: 309I Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Maria Wilhemina Haynes, 140 E Liberty Ave, Carlisle, PA 17013-3310 |
| 5846254 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 5846257 | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd St Ste 200, Harrisburg, PA 17101-1715 |
| 5846258 | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5846260 | County of Cumberland, Tax Bureau, 21 Waterford Dr Suite 201, Mechanicsburg, PA 17050-8268 |
| 5846261 | County of Sebastian, Tax Collector, PO Box 1358, Fort Smith, AR 72902-1358 |
| 5846266 | Magisterial District Court 39-3-04, 1157 Garver Ln, Chambersburg, PA 17202-7487 |
| 5846268 | Neidlinger Rentals LLC, 801 Belvedere St, Carlisle, PA 17013-4002 |
| 5846270 | PA E-ZPass, Attn: Bankruptcy, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 5846273 | State of Alaska, Department of Revenue, PO Box 110400, Juneau, AK 99811-0400 |
| 5846274 | State of Alaska, Office of the Attorney General, 1031 W 4th Ave Suite 200, Anchorage, AK 99501-5903 |
| 5846276 | State of Arkansas, Office of Attorney General, 101 W Capitol Ave, Little Rock, AR 72201-5731 |
| 5846278 | State of Oklahoma, Tax Commission, Bankruptcy Section, 120 N Robinson Ave Ste 2000W, Oklahoma City, OK 73102-7801 |
| 5846277 | State of Oklahoma, Employment Security Commission, Attn: Legal Department, PO Box 53039, Oklahoma City, OK 73152-3039 |
| 5846279 | State of Oklahoma, Office of Attorney General, 313 Ne 21st St, Oklahoma City, OK 73105-3207 |
| 5846280 | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 Us 49, Hattiesburg, MS 39402-7807 |
| 5846281 | Talkiatry, Attn: Bankruptcy, 109 W 27th St Ste 52, New York, NY 10001-0265 |
| 5846283 | U.S. Attorney's Office (MDPA), Attn: Civil Process Clerk, 1501 N 6th St, Harrisburg, PA 17102-1104 |
| 5846285 | WellSpan Health, Attn: Bankruptcy, 605 S George St Ste 100, York, PA 17401-3164 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Nov 04 2026 18:32:00 | Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| tr | | Email/Text: info@pamd13trustee.com | Nov 04 2026 18:33:00 | Jack N Zaharopoulos, Standing Chapter 13, (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Nov 04 2026 18:33:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5846251 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2026 18:41:12 | Affirm, Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5846252 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 04 2026 18:33:07 | Caine & Weiner Company Inc., Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Van Nuys, CA 91411-2532 |
| 5846253 | | EDI: CAPITALONE.COM | Nov 04 2026 23:34:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5846255 | | EDI: CITICORP | Nov 04 2026 23:34:00 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 5846256 | | EDI: PENNDEPTREV | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 04 2026 23:34:00 | Commonwealth of Pennsylvania, Department of Revenue, Attn: Bankruptcy, Department 280946, Harrisburg, PA 17128-0001 |
| 5846259 | | EDI: PHINGENESIS | Nov 04 2026 23:34:00 | Concora Credit Inc., Attn: Bankruptcy, PO Box 96541, Charlotte, NC 28296-6541 |
| 5846262 | | Email/Text: Clientsupport@familycredit.org | Nov 04 2026 18:33:00 | Family Credit Management, 4304-06 Charles St, Rockford, IL 61108-6249 |
| 5846263 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 04 2026 18:33:00 | Fortiva, Attn: Bankruptcy, 5 Concourse Pkwy Ste 300, Atlanta, GA 30328-6101 |
| 5846264 | | Email/Text: bankruptcy@webbank.com | Nov 04 2026 18:33:00 | Imagine Credit, Attn: Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 5846265 | + | EDI: IRS.COM | Nov 04 2026 23:34:00 | Internal Revenue Service, Attn: Bankruptcy, 2970 Market St., Philadelphia, PA 19104-5002 |
| 5846267 | | Email/Text: tstone@mdlab.com | Nov 04 2026 18:33:00 | Medical Diagnostic Laboratories, 2439 Kuser Rd, Hamilton Township, NJ 08690-3303 |
| 5846269 | | Email/Text: netcreditbnc@enova.com | Nov 04 2026 18:33:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 5846271 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 04 2026 18:33:00 | Progressive Insurance, Attn: Bankruptcy, 300 N Commons Blvd, Mayfield, OH 44143-1589 |
| 5846272 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Nov 04 2026 18:33:00 | Sezzle Inc., Attn: Bankruptcy, 700 Nicollet Mall Ste 640, Minneapolis, MN 55402-2050 |
| 5846275 | | EDI: ARKDEPREV.COM | Nov 04 2026 23:34:00 | State of Arkansas, Department of Finance and Administration, Attn: Revenue Legal Counsel, PO Box 1272 Room 2380, Little Rock, AR 72203-1272 |
| 5846282 | | Email/Text: nlorenz@bankofmissouri.com | Nov 04 2026 18:33:00 | The Bank of Missouri, Attn: Bankruptcy, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 5846284 | ^ | MEBN | Nov 04 2026 18:27:20 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Michael I. Assad | on behalf of Debtor 1 Maria Wilhemina Haynes mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Maria Wilhemina Haynes<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–5426 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 13 11/3/26 |
| Case number: | 1:26–bk–03177–HWV | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**04/19/21**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. §1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|
| **1. Debtor's full name** | Maria Wilhemina Haynes | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 140 E Liberty Ave<br>Carlisle, PA 17013–3310 | | |
| **4. Debtor's attorney**<br>Name and address | Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Contact phone: 609–808–3300<br><br>Email: mike@assad.law | |
| **5. Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone: 717–566–6097<br><br>Email: info@pamd13trustee.com | |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone: (717) 901–2800<br><br>Date: 11/4/26 | |

**For more information, see page 2 >**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | |
|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>***Valid photo ID and proof of Social Security number are required*** | **Date: December 10, 2026** at **11:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit: https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link.<br><br>**Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1–267–552–4885 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **Filing deadline:** February 8, 2027<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: January 12, 2027**<br><br>**Deadline for governmental units to file a proof of claim:** **Filing deadline: May 2, 2027**<br><br>**Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |